**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
MELISSA COTHARD and FRANK GREEN,  )    3:12-cv-00270-HDM-WGC
                                  )
            Plaintiffs,           )
                                  )    ORDER
vs.                               )
                                  )
J.D. BENEFIT SERVICES, INC., et   )
al.,                              )
                                  )
            Defendants.           )
_____)
```

After consideration, the plaintiffs' motion to dismiss the defendants' motion for summary judgment as untimely (#28) is denied.

IT IS SO ORDERED.

DATED: This 11th day of September, 2013.

*[signature: Howard D McKibben]*
_____
UNITED STATES DISTRICT JUDGE

1